UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and INVESTORS PARTNER LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CIVIL ACTION NO. 03 CV 12501 DPW |

FILED IN CLERK'S OFFICE
2003 DEC 19 P 4: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

## STIPULATION TO ENLARGE TIME

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Investors Partner Life Insurance Company ("Plaintiffs") and defendant Abbott Laboratories ("Defendant") hereby stipulate that the time within which Defendant must answer or otherwise respond to Plaintiffs' Complaint shall be, and is hereby enlarged to and including January 23, 2004.

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY, AND
INVESTORS PARTNER LIFE INSURANCE
COMPANY

By their attorneys,

_Brian Davis_ (by michael D'Orsi)
Brian A. Davis (BBO #546462)
Michael Arthur Walsh (BBO #514875)
Raymond A. O'Brien (BBO #629753)
Gretchen L. Edson (BBO #644742)
Choate, Hall & Stewart
53 State Street
Boston, MA 02109
(617) 248-5000

Dated: December 19, 2003

**SO ORDERED**

_____
Douglas P. Woodlock
United States District Judge

Entered:_____

ABBOTT LABORATORIES

By its attorneys,

_Michael D'Orsi_
Peter E. Gelhaar (BBO # 188310)
Michael S. D'Orsi (BBO# 566960)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand

Date: 12/19/03  _Michael D'Orsi_