# United States District Court

DISTRICT OF **MASSACHUSETTS**

JOHN HANCOCK LIFE INSURANCE COMPANY,
JOHN HANCOCK VARIABLE LIFE INSURANCE
COMPANY, and INVESTORS PARTNER LIFE
INSURANCE COMPANY,

V.

ABBOTT LABORATORIES

2003 DEC 24 A 11: 29

U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 03 CV 12501 DPW

TO: (Name and address of defendant)

ABBOTT LABORATORIES
100 ABBOTT PARK ROAD
ABBOTT PARK, IL 60064-3500

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRIAN A. DAVIS, ESQ.
CHOATE, HALL & STEWART
EXCHANGE PLACE
53 STATE STREET
BOSTON, MA 02109

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

**CLERK**



12-12-03

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE December 17, 2003 |
| NAME OF SERVER (PRINT) Jill Sartori | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

[X] Other (specify): Left copies with Christina Bonney of CT Corporation System, resident agent for Abbott Laboratories, at 101 Federal Street, Boston MA, 02110.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 17, 2003
          Date

Signature of Server: *Jill Sartori*

6 Beacon Street, Boston MA 02108
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.