UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN -8  A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHN HANCOCK LIFE INSURANCE COMPANY, )
JOHN HANCOCK VARIABLE LIFE INSURANCE )
COMPANY, and INVESTORS PARTNER LIFE )
INSURANCE COMPANY, )
                                                   Plaintiffs, )

CIVIL ACTION
NO. 03 CV 12501 DPW

v. )

ABBOTT LABORATORIES, )
                                                 Defendant. )

## FED. R. CIV. P. 7.1 AND CIV. L.R. 7.3 DISCLOSURE STATEMENT

Defendant Abbott Laboratories ("Abbott") submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Civil Local Rules for the District of Massachusetts.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Civil Local Rules for the District of Massachusetts, Abbott has no parent corporation nor is there any publicly held corporation that owns 10 percent or more of Abbott's stock.

ABBOTT LABORATORIES

By its attorneys,

*[signature]*
Peter E. Gelhaar (BBO # 188310)
Michael S. D'Orsi (BBO# 566960)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

Dated: January 7, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 1/7/04  *[signature]*