UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and INVESTORS PARTNER LIFE INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 03-12501-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and Local Rule 7.3, plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Investors Partner Life Insurance Company state as follows:

1. John Hancock Life Insurance Company is a wholly-owned direct subsidiary of John Hancock Financial Services, Inc.

2. John Hancock Variable Life Insurance Company is a wholly-owned direct subsidiary of John Hancock Life Insurance Company.

3. Investors Partner Life Insurance Company is a wholly-owned indirect subsidiary of John Hancock Life Insurance Company.

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY, AND
INVESTORS PARTNER LIFE INSURANCE

By their attorneys,

_Raymond Gorn_ (signature)

Brian A. Davis (BBO No. 546462)
Michael Arthur Walsh (BBO No. 514875)
Raymond A. O' Brien (BBO No. 629753)
Gretchen L. Edson (BBO No. 644742)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tele: 617-248-5000

Date: January 20, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED
UPON THE ATTORNEY OF RECORD FOR
EACH OTHER PARTY BY MAIL/HAND ON: 1/20/04

-2-

3641569v1

# CHOATE, HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE

53 STATE STREET

BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000 · FAX (617) 248-4000

WWW.CHOATE.COM

RAYMOND A. O'BRIEN
DIRECT DIAL (617) 248-2117
EMAIL: ROBRIEN@CHOATE.COM



January 20, 2004

**BY HAND**

Clerk of Court
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: *John Hancock Life Insurance Company, et al. v. Abbott Laboratories*
U.S.D.C. (D. Mass.), Civil Action No. 03-12501-DPW

Dear Sir or Madam:

Enclosed for filing in the above-referenced action, please find two originals of Plaintiffs' Corporate Disclosure Statement.

Thank you for your attention to this matter. Please do not hesitate to contact me at (617) 248-2117 if you have any questions.

Very truly yours,

Raymond A. O'Brien

RAO:sr:3645745_1.DOC
Enclosure
cc:  Peter E. Gelhaar, Esq. *(w/encl.)*
     Brian A. Davis, Esq. *(w/encl.)*