UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and INVESTORS PARTNER LIFE INSURANCE COMPANY,<br><br>                  Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>                  Defendant. | CIVIL ACTION<br>NO. 03 CV 12501 DPW<br><br>FILING FEE PAID:<br>RECEIPT #<br>AMOUNT $<br>BY DPTY CLK<br>DATE |

## MOTION FOR ADMISSION PRO HAC VICE OF LAWRENCE R. DESIDERI

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Lawrence R. Desideri of Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, IL 60601-9703, be admitted to appear on behalf of defendant Abbott Laboratories, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

    1.    Mr. Desideri is and has been a member in good standing of the bar of the State of Illinois since 1983;

    2.    Mr. Desideri is and has been a member in good standing of the bars of the following United States District Courts, and Circuit Courts of Appeals since the following dates:

                Northern District of Illinois        1983

                Seventh Circuit                    1997

    3.    There are no disciplinary proceedings pending against Mr. Desideri as a member of the bar in any jurisdiction;

    4.    Mr. Desideri has represented to the undersigned counsel that he is familiar with

the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Mr. Desideri has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Desideri's admission to practice before this Court *pro hac vice*.

> Respectfully submitted,
>
> */s/ Michael DO*
> Peter E. Gelhaar (BBO #188310)
> Michael S. D'Orsi (BBO #566960)
> DONNELLY, CONROY & GELHAAR, LLP
> One Beacon Street, 33d Floor
> Boston, MA 02108
> (617) 720-2880

Dated: January 27, 2004

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Lawrence R. Desideri, Esq., hereby certify that: (1) I am admitted to the bars of the Courts set forth in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Lawrence R. Desideri, Esq.

Dated: January 21, 2004