## EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and INVESTORS PARTNER LIFE INSURANCE COMPANY,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant/Counter-Plaintiff. | CIVIL ACTION NO. 03-12501-DPW |

## ORDER

IT IS HEREBY ORDERED that the Stipulated Protective Order filed by the above-captioned parties shall govern in this action.

_____
The Honorable Douglas P. Woodlock

Dated: May ___, 2004

Exhibit B to PO Motion.DOC