UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and INVESTORS PARTNER LIFE INSURANCE COMPANY, <br><br>  Plaintiffs/Counter-Defendants, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br>  Defendant/Counter-Plaintiff. | CIVIL ACTION <br> NO. 03-12501-DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance as counsel for plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Investors Partner Life Insurance Company in the above-captioned case.

/s/   Karen Collari Troake
Karen Collari Troake (BBO # 566922)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
Tele: (617) 248-5000

Date:  July 29, 2004
3728826_1.DOC