# Exhibit M

# Exhibit M
# Filed
# Under Seal