UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, ) <br> JOHN HANCOCK VARIABLE LIFE INSURANCE ) <br> COMPANY, and INVESTORS PARTNER LIFE ) <br> INSURANCE COMPANY, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br> NO. 03 CV 12501 DPW |

## MOTION FOR ADMISSION PRO HAC VICE OF STEPHEN D'AMORE

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Stephen D'Amore of Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, IL 60601-9703, be admitted to appear on behalf of defendant Abbott Laboratories, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. D'Amore is and has been a member in good standing of the bar of the State of Illinois since 1994;

2. Mr. D'Amore is and has been a member in good standing of the bars of the following United States District Courts, and Circuit Courts of Appeals since the following dates:

    Northern District of Illinois        1996

    Seventh Circuit                      1999

3. There are no disciplinary proceedings pending against Mr. D'Amore as a member of the bar in any jurisdiction;

4.  Mr. D'Amore has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5.  In further support of this motion, Mr. D'Amore has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. D'Amore's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
(617) 720-2880

Dated: August 6, 2004