UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, )<br>JOHN HANCOCK VARIABLE LIFE INSURANCE )<br>COMPANY, and INVESTORS PARTNER LIFE )<br>INSURANCE COMPANY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ABBOTT LABORATORIES, )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 03 CV 12501 DPW |

## MOTION FOR ADMISSION PRO HAC VICE OF KATHLEEN BARRY

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Kathleen Barry of Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, IL 60601-9703, be admitted to appear on behalf of defendant Abbott Laboratories, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Ms. Barry is and has been a member in good standing of the bar of the State of Illinois since 2001 and the bar of the State of Michigan since 2002;

2. Ms. Barry is and has been a member in good standing of the bars of the following United States District Courts, and Circuit Courts of Appeals since the following dates:

| | |
|---|---|
| Western District of Michigan | 2002 |
| Norther District of Illinois | 2003 |
| Sixth Circuit | 2003 |
| Seventh Circuit | 2004 |

3.   There are no disciplinary proceedings pending against Ms. Barry as a member of the bar in any jurisdiction;

4.   Ms. Barry has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5.   In further support of this motion, Ms. Barry has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. Barry's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
(617) 720-2880

Dated: Augsut 6, 2004