UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and INVESTORS PARTNER LIFE INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 03-12501-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance for the Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Investors Partner Life Insurance Company in the above-captioned action. Plaintiffs will continue to be represented by Brian A. Davis, Michael Arthur Walsh, and Karen Collari Troake of the law firm Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, Massachusetts 02109. Notices and correspondence should continue to be directed to their attention.

/s/ Raymond A. O'Brien
Raymond A. O'Brien (BBO No. 629753)
*formerly of* CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: August 6, 2004
3731817_1.DOC