UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Hancock Life Insurance Company et al

V.                                        Case No. 03-12501-DPW

Abbott Laboratories

### RECEIPT

Received of the Clerk, U.S. District Court, the following SEALED documents and/or exhibits in the above-entitled case:

#21 Exhibit M to Affidavit of Raymond A. O'Brien

Name: Emily Ouellette

Date: 7/30/04

(exh&docs.rct - 09/96)

[rcpt.]

[krcpt.]