UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and INVESTORS PARTNER LIFE INSURANCE COMPANY, <br><br>     Plaintiffs and counter-defendants <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br>     Defendant and counter-plaintiff. | Civil Action No. 03-12501-DPW <br><br> Hon. Judge Douglas P. Woodlock |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually submitted for filing under seal with the Court and are available in paper form only:

1. Defendant Abbott Laboratories' Brief in Opposition to Plaintiffs' Motion to Compel;

2. Affidavit of Michael D'Orsi in Support of Defendant Abbott Laboratories' Brief in Opposition to Plaintiffs' Motion to Compel; and

3. Declaration of Michelle Campbell in Support of Defendant Abbott Laboratories' Brief in Opposition to Plaintiffs' Motion to Compel.

The original documents are maintained in the case file in the Clerk's Office.

2

ABBOTT LABORATORIES


By: /s/ Michael S. D'Orsi, Esq.
One Of Its Attorneys

Lawrence R. Desideri, Esq., (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Peter E. Gelhaar, Esq., (BBO# 188310)
Michael S. D'Orsi, Esq., (BBO# 566960)
DONNELLY, CONROY & GELHAAR, LLP
1 Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

Dated: August 12, 2004