UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and INVESTORS PARTNER LIFE INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Civil Action No. 03 CV 12501DPW<br><br>Hon. Judge Douglas P. Woodlock |

## JOINT STATUS REPORT

Pursuant to the Court's Order of March 30, 2004, Plaintiffs and Counter-Defendants John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Investors Partner Life Insurance Company (collectively, "John Hancock"), and Defendant and Counter-Plaintiff Abbott Laboratories ("Abbott"), hereby submit the following joint statement:

1. **Status of Discovery.**

Discovery in this matter closed on August 20, 2004. Plaintiffs, however, have filed a Motion to Compel Defendant Abbott Laboratories to Produce Documents and Provide Substantive Responses to Certain Discovery. This motion is pending and may impact on further discovery between the parties.

2. **Pending Motions.**

The following motions are pending with the Court:

a. Plaintiffs' Motion for Summary Judgment;

b. Defendant's Motion for Summary Judgment and Request for Oral Argument; and

c. Plaintiffs' Motion to Compel Defendant Abbott Laboratories to Produce Documents and Provide Substantive Responses to Certain Discovery Requests.

Briefing on the cross-motions for summary judgment is scheduled to be completed on October 13, 2004. Plaintiffs' Motion to Compel is fully briefed. The parties request oral argument on the cross-motions for summary judgment as soon as the Court's schedule may permit.

3. **Settlement.**

The parties have engaged in settlement discussions and have exchanged written settlement proposals, but at present the prospect of settlement is unlikely.

4. **Proposed Pretrial Conference Dates.**

In the event this matter is not resolved on summary judgment, the parties propose a pretrial conference date of January 28, 2005.

5. **Proposed Trial Dates.**

In the event this matter is not resolved on summary judgment, the parties propose a trial date of February 7, 2005 or as soon thereafter as the Court's schedule may permit. The parties have stipulated to a bench trial and anticipate that trial will last approximately four to five trial days.

| ABBOTT LABORATORIES: | JOHN HANCOCK LIFE INSURANCE |
|---|---|

ABBOTT LABORATORIES:
By its attorneys

JOHN HANCOCK LIFE INSURANCE COMPANY; JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY; and INVESTORS PARTNER LIFE INSURANCE COMPANY:
By their attorneys

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
Tele: (617) 720-2880

Lawrence R. Desideri (admitted *pro hac vice*)
Stephen V. D'Amore (admitted *pro hac vice*)
Kathleen B. Barry (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600

/s/ Karen Collari Troake
Brian A. Davis (BBO # 546462)
Michael Arthur Walsh (BBO # 514875)
Karen Collari Troake (BBO # 566922)
Stacy Blasberg (BBO # 657420)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
Tele: (617) 248-5000

Date: October 12, 2004