## CHOATE, HALL & STEWART LLP

Brian A. Davis, P.C.
Direct Dial: 617-248-5056
Email: bad@choate.com

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000    F (617) 248-4000
www.choate.com

June 3, 2005

BY HAND

Ms. Michelle Rynne, Courtroom Clerk
 to the Honorable Douglas P. Woodlock
UNITED STATES DISTRICT COURT
John Joseph Moakley United States Courthouse
One Courthouse Way - Suite 2300
Boston, Massachusetts 02210

Re:   John Hancock Life Insurance Company, et al.
      v. Abbott Laboratories

Dear Ms. Rynne:

I write on behalf of plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and ManuLife Insurance Company (collectively, "John Hancock"), to inform the Court that today John Hancock filed a second action against Abbott Laboratories arising from the March 2001 Research Funding Agreement that is the subject of the existing action titled John Hancock Insurance Company, et al. v. Abbott Laboratories, Civil Action No. 03-12501-DPW (the "Existing Action"). The new action, which has been assigned Civil Action No. 05-11150-DPW, involves disputes regarding Abbott's compliance (or non-compliance) with obligations different from those at issue in the Existing Action. The parties' efforts to resolve these additional disputes without the need for litigation have proven unsuccessful. As a consequence, John Hancock has raised its associated claims in a separate, related proceeding in accordance with the instructions contained in Paragraph 1 of the Court's March 30, 2004 Scheduling Order in the Existing Action. We fully expect that this new matter will proceed independent of, and will in no way interfere with, the resolution of the parties' pending cross-motions for summary judgment in the Existing Action.

Very truly yours,

Brian A. Davis

Letter to Ms. Michelle Rynne
UNITED STATES DISTRICT COURT
June 3, 2005
Page 2

cc:     Lawrence R. Desideri, Esq. (by fax and regular mail)
        Peter E. Gelhaar, Esq. (by hand)
        Karen Collari Troake, Esq.

3930709.1

3836920v1