UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and INVESTORS PARTNER LIFE INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 03-12501-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that effective August 1, 2005, the address for CHOATE, HALL & STEWART LLP will be:

 CHOATE, HALL & STEWART LLP
 Two International Place
 Boston, MA  02110

All other contact information will remain the same. The individual attorneys listed below will update their electronic filing account information accordingly.

                Respectfully Submitted,

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE LIFE
INSURANCE COMPANY, AND INVESTORS
PARTNER LIFE INSURANCE COMPANY,

By Their Attorneys,


/s/     Karen Collari Troake
Brian A. Davis (BBO No. 546462)
Michael Arthur Walsh (BBO No. 514875)
Karen Collari Troake (BBO No. 566922)
Stacy Blasberg (BBO No. 657420)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts  02109-2891
(617) 248-5000

Dated:  July 26, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2005, copies of Plaintiffs' Notice of Change of Address were served by first-class mail upon the attorneys of record for the Defendant.

/s/ Karen Collari Troake
Karen Collari Troake

3962179v1