```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


JOHN HANCOCK LIFE INSURANCE     )
COMPANY, JOHN HANCOCK           )
VARIABLE LIFE INSURANCE         )
COMPANY, and INVESTORS          )
PARTNER LIFE INSURANCE          )
COMPANY,                        )
     Plaintiffs,                )
                                )       CIVIL ACTION NO.
     v.                         )       03-12501-DPW
                                )
ABBOTT LABORATORIES,            )
     Defendant.                 )
```

### FINAL JUDGMENT AND DECLARATION

September 16, 2005

Pursuant to the Court's Memorandum and Order dated September 16, 2005 judgment is entered for Plaintiffs and counterclaim Defendants John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company and Investors Partner Life Insurance against Defendant and counterclaim Plaintiff Abbott Laboratories, and it is hereby DECLARED, ADJUDGED and DECREED that:

- Hancock's obligation to make Program Payments to Abbott for the third and fourth Program Years has terminated in accordance with the terms of the Agreement;

- Hancock's withholding of the 2003 and 2004 Program Payments does not constitute a breach of the Research Funding Agreement; and

- The Research Funding Agreement otherwise is in full force and effect in accordance with its terms.

        SO ORDERED

        /s/ Douglas P. Woodlock

        _____
        DOUGLAS P. WOODLOCK
        UNITED STATES DISTRICT JUDGE