UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and INVESTORS PARTNER LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiffs/Counter-Defendants,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant/Counter-Plaintiff. | Civil Action No. 03 CV 12501DPW<br><br>Hon. Douglas P. Woodlock |

## DEFENDANT ABBOTT LABORATORIES' MOTION FOR IMPOUNDMENT OF CONFIDENTIAL INFORMATION

Pursuant to Local Rule 7.2, Defendant and Counter-Plaintiff Abbott Laboratories ("Abbott") hereby moves this Court for leave to file under seal the following documents: (1) Defendant Abbott Laboratories' Motion to Redact and Seal Portions of September 16, 2005 Memorandum and Order, and (2) Declaration of Kenneth D. Stiles.

The materials to be impounded contain confidential information of Abbott and/or John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Investors Partner Life Insurance Company (collectively, "Hancock") that has been designated "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order executed by the parties and entered by the Court in this matter on May 12, 2004 ("Stipulated Protective Order").

Abbott has consulted with Hancock pursuant to Local Rule 7.1(A)(2), and Hancock concurs that to the extent the above referenced documents contain confidential information that

has been designated "Confidential" or "Highly Confidential" by one of the parties, the documents should be filed in compliance with the impoundment provisions of the Stipulated Protective Order and Local Rule 7.2.

Abbott respectfully requests that, pursuant to the Stipulated Protective Order, the above-referenced documents that are the subject of this Motion be impounded until further Order of the Court, and returned to outside counsel for Abbott upon the conclusion of such custody.

Respectfully submitted,

ABBOTT LABORATORIES

By:   /s/ Michael S. D'Orsi
        One Of Its Attorneys

Peter E. Gelhaar, Esq., (BBO# 188310)
Michael S. D'Orsi, Esq., (BBO# 566960)
DONNELLY, CONROY & GELHAAR, LLP
1 Beacon Street, 33rd Floor
Boston, Massachusetts  02108
(617) 720-2880

Lawrence R. Desideri, Esq., (admitted *pro hac vice*)
Stephen V. D'Amore, (admitted *pro hac vice*)
Kathleen B. Barry, (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600

Dated: September 19, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for Abbott Laboratories has conferred with John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Investors Partner Life Insurance Company (collectively, "Hancock") and that Hancock has no objection to impoundment of the documents that are the subject of this Motion.

/s/ Michael S. D'Orsi
Michael S. D'Orsi

Dated: September 19, 2005