UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, et al., <br><br> Plaintiffs/counter-defendants, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant/counter-plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 03-12501-DPW

## NOTICE OF APPEAL

Notice is hereby given that Abbott Laboratories, defendant/counter-plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Final Judgment And Declaration and Memorandum And Order, both entered in this action on the 16th day of September, 2005 (a partially-redacted form of the Memorandum And Order having been placed in the record on September 21, 2005).

/s/ Michael S. D'Orsi
*Counsel for Abbott Laboratories*

Peter E. Gelhaar (BBO# 188310)
Michael S. D'Orsi (BBO# 566960)
DONNELLY, CONROY & GELHAAR, LLP
1 Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

Lawrence R. Desideri (admitted *pro hac vice*)
Stephen V. D'Amore (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Dated: October 14, 2005