## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number: 05-2710

USDC Docket Number : CA 03-12501

JOHN  HANCOCK  LIFE  INSURANCE  CO.

v.

ABBOTT  LABORATORIES

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 81  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 3, 2006.

Sarah A. Thornton, Clerk of Court

By:

Catherine M. Gawlik, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number: 05-2710

USDC Docket Number : CA 03-12501

JOHN HANCOCK LIFE INSURANCE CO.

v.

ABBOTT LABORATORIES

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 81 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 3, 2006.

Sarah A. Thornton, Clerk of Court

By:

Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals