

**Donnelly, Conroy & Gelhaar, LLP**
One Beacon Street, 33rd Floor
Boston, MA 02108
617.720.2880 ph.
617.720.3554 fx.
www.dcglaw.com

October 25, 2006

<u>VIA MESSENGER</u>

The Honorable Douglas P. Woodlock
United States District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way - Suite 2300
Boston, Massachusetts 02210

      Re:    <u>John Hancock Life Insurance Company, et al. v. Abbott Laboratories,</u>
             Civil Action No. 03-12501-DPW

Dear Judge Woodlock:

      It has just come to our attention that an un-redacted version of the Court's September 16, 2005 Memorandum and Order ("Memorandum") in the referenced case appears on WestLaw and Lexis. The Memorandum is not published in the Federal Supplement, and although the un-redacted Memorandum was initially filed in the ECF system, it was removed within hours from the ECF system and made unavailable to the public pending Abbott's motion to seal. Abbott promptly filed its motion to seal, and the Court granted the motion and substituted a redacted version of the Memorandum in the public record.

      Although we are not sure how WestLaw and Lexis obtained the un-redacted version of the Memorandum, they will not remove the un-redacted version without a request from the Court. Accordingly, Abbott respectfully requests that the Court request WestLaw and Lexis to remove the un-redacted version of the Memorandum from their databases and replace it with the redacted version pursuant to the Court's sealing order of September 21, 2005.

Very truly yours,

Peter Gelhaar (mso)
Peter E. Gelhaar

cc:    Brian Davis